1  Eric L. Wesenberg CA Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L. Kelley, CA Bar No. 166608
   CKelley@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA 94304-1212
   Telephone  650.838.4300
5  Facsimile:  650.838.4350

6  *Attorneys for Defendant Microsoft Corporation*

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO

11

12 | EMBLAZE LTD,                    | Case No. 3:12-cv-05422
13 |          Plaintiff,             |
14 |     v.                          |
15 | MICROSOFT CORPORATION,          |
16 |          Defendant.             |

17           **STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**
18

19     Pursuant to Civil L.R. 6-1, Plaintiff Emblaze Ltd. and Defendant Microsoft Corporation
20 hereby, through their respective attorneys, stipulate to extend the time to file a response to the
21 complaint by 45 days.  The deadline for Microsoft to respond to Emblaze's Complaint shall be
22 extended from the current response deadline of November 15, 2012, to December 31, 2012.

23
24
25
26
27
28

DATED: November 8, 2012

| PERKINS COIE LLP | COHEN & GRESSER LLP |
|---|---|
| By: _____ | By: _____ |
| Eric L. Wesenberg CA Bar No. 139696 | Karen H. Bromberg |
| EWesenberg@perkinscoie.com | kbromberg@cohengresser.com |
| Christopher L. Kelley CA Bar No. 166608 | Francisco A. Villegas |
| CKelley@perkinscoie.com | CA State Bar No. 206997 |
| PERKINS COIE LLP | fvillegas@cohengresser.com |
| 3150 Porter Drive | Damir Cefo |
| Palo Alto, CA 94304-1212 | dcefo@cohengresser.com |
| Telephone 650.838.4300 | COHEN & GRESSER LLP |
| Facsimile: 650.838.4350 | 800 Third Avenue, 21st Floor |
|  | New York, NY 10022 |
| Attorney for Defendant | Telephone: 212.957.7600 |
| MICROSOFT CORPORATION | Facsimile: 212.957.4514 |

Attorneys for Defendant
EMBLAZE LTD.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that on November 8, 2012, I electronically transmitted the attached |
| 4 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of |
| 5 | Electronic Filing to the CM/EMF registrants for this case. |
| 6 | |
| 7 | |
| 8 | By /s/ C. K. |

LEGAL25097893.1 -3- STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT