1  Eric L. Wesenberg CA Bar No. 139696
   EWesenberg@perkinscoie.com
2  Christopher L. Kelley, CA Bar No. 166608
   CKelley@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA 94304-1212
   Telephone  650.838.4300
5  Facsimile:  650.838.4350

6  *Attorneys for Defendant Microsoft Corporation*

**APPROVED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley

Dated November 9, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EMBLAZE LTD, | Case No. 3:12-cv-05422 |
| Plaintiff, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil L.R. 6-1, Plaintiff Emblaze Ltd. and Defendant Microsoft Corporation hereby, through their respective attorneys, stipulate to extend the time to file a response to the complaint by 45 days. The deadline for Microsoft to respond to Emblaze's Complaint shall be extended from the current response deadline of November 15, 2012, to December 31, 2012.

DATED: November 8, 2012

PERKINS COIE LLP

By: _____
Eric L. Wesenberg CA Bar No. 139696
EWesenberg@perkinscoie.com
Christopher L. Kelley CA Bar No. 166608
CKelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone 650.838.4300
Facsimile: 650.838.4350

Attorney for Defendant
MICROSOFT CORPORATION

COHEN & GRESSER LLP

By: _____
Karen H. Bromberg
kbromberg@cohengresser.com
Francisco A. Villegas
CA State Bar No. 206997
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514

Attorneys for Defendant
EMBLAZE LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

By /s/ C. K.