Scott R. Raber (CA State Bar No. 194924)
RIMON P.C.
220 Sansome Street, Suite 310
San Francisco, CA 94104
Phone:       (415) 683-5472
Facsimile:   (800) 930-7271
Email:       scott.raber@rimonlaw.com

Karen H. Bromberg (*pro hac vice application being filed*)
Francisco A. Villegas (CA State Bar No. 206997)
Damir Cefo (*pro hac vice application being filed*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Phone:       (212) 957-7600
Facsimile:   (212) 957-4514
Email:       kbromberg@cohengresser.com
             fvillegas@cohengresser.com
             dcefo@cohengresser.com

Attorneys for Plaintiff
Emblaze Ltd.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMBLAZE LTD., | Case No. C-12-5422 JSC |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR THE PLAINTIFF** |
| – against – | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**TO: THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT,** Rimon, P.C. has changed its address from: 220 Sansome Street, Suite 310, San Francisco, CA 94104 to:

**One Embarcadero Center**
**Suite 400**
**San Francisco, CA 94111**

///

///

**PLEASE TAKE FURTHER NOTICE THAT,** the telephone and facsimile numbers, as well as the e-mail addresses, will remain the same.  Please update your records accordingly.

DATED: November 15, 2012            RIMON P.C.


　　　　　　　　　　　　　　　　　　　　　　  /s/ Scott R. Raber
　　　　　　　　　　　　　　　　　　　　　Scott R. Raber (CA State Bar No. 194924)
　　　　　　　　　　　　　　　　　　　　　One Embarcadero Center, Suite 400
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　Phone:            (415) 683-5472
　　　　　　　　　　　　　　　　　　　　　Facsimile:       (800) 930-7271
　　　　　　　　　　　　　　　　　　　　　Email:             scott.raber@rimonlaw.com

　　　　　　　　　　　　　　　　　　　　　COHEN & GRESSER LLP
　　　　　　　　　　　　　　　　　　　　　Karen H. Bromberg (*pro hac vice application being filed*)
　　　　　　　　　　　　　　　　　　　　　Francisco A. Villegas (CA State Bar No. 206997)
　　　　　　　　　　　　　　　　　　　　　Damir Cefo (*pro hac vice application being filed*)
　　　　　　　　　　　　　　　　　　　　　800 Third Avenue, 21st Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　　Phone:            (212) 957-7600
　　　　　　　　　　　　　　　　　　　　　Facsimile:       (212) 957-4514
　　　　　　　　　　　　　　　　　　　　　Email:             kbromberg@cohengresser.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　  fvillegas@cohengresser.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　  dcefo@cohengresser.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Emblaze Ltd.