Scott R. Raber, Bar No: 194924     (800) 930-7271
Rimon, P.C.
220 Sansome Street
San Francisco, CA 94104

Representing: Plaintiff     File No.none

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Emblaze, Ltd.

                   Plaintiff/Petitioner

                         vs.

Microsoft Corporation

                   Defendant/Respondent

Case No: C-12-5422

Proof of Service of:
Complaint, Summons, Civil Case Cover Sheet, Plaintiff's Certification of Interested Entities, Order Setting Initial Case Management Conference and ADR Deadlines

Service on:
Microsoft Corporation

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL# 6793585

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Scott R. Raber, 194924<br>Rimon, P.C.<br>220 Sansome Street<br>San Francisco, CA 94104 | TELEPHONE NO.: (800) 930-7271 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. none | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue

PLAINTIFF:
Emblaze, Ltd.

DEFENDANT:
Microsoft Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C-12-5422 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Summons, Civil Case Cover Sheet, Plaintiff's Certification of Interested Entities, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served: Microsoft Corporation

3. Person Served: CSC- Nai Saeteurn - Person authorized to accept service of process

4. Date & Time of Delivery: 10/25/2012   1:48 PM

5. Address, City and State: 2710 N Gateway Oaks Dr Ste 150
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 35.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2001-21

Michelle Dodd
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/25/2012 at Sacramento, California.

Signature: *Michelle Dodd*

Michelle Dodd

OL# 6793585