Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD. )
) Case No: 12CV05422JSC
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
MICROSOFT CORPORATION ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Damir Cefo , an active member in good standing of the bar of S.D.N.Y. , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Emblaze Ltd. in the above-entitled action. My local co-counsel in this case is Scott R. Raber , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cohen & Gresser LLP, 800 Third Ave., 21st Floor, New York, NY 10022 | Rimon P.C., One Embarcadero Center, Suite 400, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 957-7600 | (415) 683-5472 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dcefo@cohengresser.com | scott.raber@rimonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC0067 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/04/12

Damir Cefo
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Damir Cefo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 5, 2012

Jacqueline S. Corley
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE