Eric L. Wesenberg (SBN 139696)
ewesenberg@perkinscoie.com
Christopher L. Kelley (SBN 166608)
ckelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel. No. 650.838.4300
Fax No. 650.838.4350

Attorneys for Defendant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD.<br><br>          Plaintiff(s),<br>     v.<br>MICROSOFT CORPORATION,<br><br>          Defendant(s). | No. C 12-CV-05422 JSC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 21, 2012          Signature /s/ Eric L. Wesenberg

                                  Counsel for Defendant Microsoft Corporation
                                  (Plaintiff, Defendant, or indicate "pro se")

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Civil L.R. 5-1(h)(1) on December 21, 2012. Any other counsel of record will be served via facsimile or electronic mail pursuant to Civil L.R. 5-1(h)(2).

*/s/ Eric L. Wessenberg*
Eric L. Wesenberg