Scott R. Raber (CA State Bar No. 194924)
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 683-5472
Facsimile: (800) 930-7271
Email: scott.raber@rimonlaw.com

Karen H. Bromberg (*pro hac vice application being filed*)
Francisco A. Villegas (CA State Bar No. 206997)
Damir Cefo (*pro hac vice application being filed*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com

Attorneys for Plaintiff
Emblaze Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD.,<br><br>                Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C-12-5422 JSC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

///
///
///
///
///

1

Declination to Proceed before a Magistrate Judge            Case No. C-12-5422 JSC
And Request for Reassignment to a U.S. District Judge

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: December 21, 2012      RIMON P.C.

                       /s/ *Scott R. Raber*
Scott R. Raber (CA State Bar No. 194924)
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 683-5472
Facsimile: (800) 930-7271
Email: scott.raber@rimonlaw.com

COHEN & GRESSER LLP
Karen H. Bromberg (*pro hac vice application being filed*)
Francisco A. Villegas (CA State Bar No. 206997)
Damir Cefo (*pro hac vice application being filed*)
800 Third Avenue, 21st Floor
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: kbromberg@cohengresser.com
        fvillegas@cohengresser.com
        dcefo@cohengresser.com

Attorneys for Plaintiff
Emblaze Ltd.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Civil L.R. 5-1(h)(1) on December 21, 2012. Any other counsel of record will be served via facsimile or electronic mail pursuant to Civil L. R. 5-1(h)(2).

                                                      /s/ Scott R. Raber
                                                         Scott R. Raber

3

Declination to Proceed before a Magistrate Judge                                               Case No. C-12-5422 JSC
And Request for Reassignment to a U.S. District Judge