UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD,)
)
    Plaintiff,)  No. C 12-05422-JSC
)
v.)  NOTICE OF IMPENDING
)  REASSIGNMENT TO A UNITED
MICROSOFT CORPORATION,)  STATES DISTRICT COURT JUDGE
)
    Defendant.)
)
_____)

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1) One or more of the parties has requested reassignment to a United States District Judge, or

    (2) One or more of the parties has sought has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for February 14, 2013 before Magistrate Judge Jacqueline Scott Corley will **NOT** be held.

Dated: December 24, 2012

    Richard W. Wieking,
    Clerk United States
    District Court

    _____
    By: William Noble
    Courtroom Deputy Clerk

1