| | |
|---|---|
| 1 | Eric L. Wesenberg, CA Bar No. 139696 |
| | EWesenberg@perkinscoie.com |
| 2 | Christopher L. Kelley, CA Bar No. 166608 |
| | CKelley@perkinscoie.com |
| 3 | Kenneth J. Halpern, CA Bar No. 187663 |
| | KHalpern@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 5 | Palo Alto, CA 94304-1212 |
| | Telephone: 650.838.4300 |
| 6 | Facsimile: 650.838.4350 |
| 7 | Antoine M. McNamara, CA Bar No. 261980 |
| | AMcNamara@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 9 | Seattle, WA 98101 |
| | Telephone: 206.359.8000 |
| 10 | Facsimile: 206.359.9000 |

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., | Case No. 4:12-cv-5422-YGR |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANTOINE M. MCNAMARA** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Antoine M. McNamara (AMcNamara@perkinscoie.com) of Perkins Coie LLP is appearing as co-counsel for Defendant Microsoft Corporation in the above-captioned matter.

//

//

Dated this 10th day of January, 2013.

By: */s/ Antoine M. McNamara*
Antoine M. McNamara
AMcNamara@perkinscoie.com
Eric L. Wesenberg
EWesenberg@perkinscoie.com
Christopher L. Kelley
CKelley@perkinscoie.com
Kenneth J. Halpern
KHalpern@perkinscoie.com
PERKINS COIE LLP

Attorneys for Defendant
Microsoft Corporation

LEGAL25540834.1

-2-

NOTICE OF APPEARANCE OF ANTOINE MCNAMARA
CASE NO. 4:12-cv-5422-YGR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Civil L.R. 5-1(h)(1) on January 10, 2013.  Any other counsel of record will be served via facsimile or electronic mail pursuant to Civil L.R. 5-1(h)(2).

*/s/ Antoine M. McNamara*
Antoine M. McNamara