1 | Eric L. Wesenberg, CA Bar No. 139696
EWesenberg@perkinscoie.com
2 | Christopher L. Kelley, CA Bar No. 166608
CKelley@perkinscoie.com
3 | PERKINS COIE LLP
3150 Porter Drive
4 | Palo Alto, CA 94304-1212
Telephone 650.838.4300
5 | Facsimile: 650.838.4350

6 | Attorneys for Defendant
Microsoft Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

EMBLAZE LTD,

          Plaintiff,

  v.

MICROSOFT CORPORATION,

          Defendant.

Case No. 4:12-cv-05422-YGR

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

LEGAL25650231.2

ADR CERTIFICATION BY
PARTIES AND COUNSEL

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he or she has:

3  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern
4  District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited
5  printed copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (ECF) under General Order 45*);

7  **(2)** Discussed the available dispute resolution options provided by the Court and
8  private entities; and

9  **(3)** Considered whether this case might benefit from any of the available dispute
10 resolution options.

11 DATED: January 24, 2013            **PARTY**

12                                    **MICROSOFT CORPORATION**

13

14                                    By:      /s/ *Isabella E. Fu*
                                         Isabella E. Fu
15                                       isabella.fu@microsoft.com
                                         MICROSOFT CORPORATION
16                                       1 Microsoft Way
                                         Redmond, WA 98052
17                                       Telephone: 425-722-4846
                                         Facsimile: 425-708-1507

18 DATED: January 24, 2013            **COUNSEL**

19
                                      **PERKINS COIE LLP**
20

21
                                      By:      /s/ *Eric L. Wesenberg*
22                                       Eric L. Wesenberg CA Bar No. 139696
                                         EWesenberg@perkinscoie.com
23                                       Christopher L. Kelley CA Bar No. 166608
                                         CKelley@perkinscoie.com
24                                       PERKINS COIE LLP
                                         3150 Porter Drive
25                                       Palo Alto, CA 94304-1212
                                         Telephone  650.838.4300
26                                       Facsimile: 650.838.4350

27                                    Attorney for Defendant
                                      Microsoft Corporation
28

LEGAL25650231.2                      1                    ADR CERTIFICATION BY
                                                          PARTIES AND COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

                                    */s/ Eric L. Wesenberg*
                                     Eric L. Wesenberg