Eric L. Wesenberg, (SBN 139696)
EWesenberg@perkinscoie.com
Christopher L. Kelley (SBN 166608)
ckelley@perkinscoie.com
Kenneth J. Halpern (SBN 187663)
KHalpern@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. C 12 5422 YGR <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 4, 2013

**PERKINS COIE LLP**

By: _/s/ Christopher L. Kelley_
Christopher L. Kelley
ckelley@perkinscoie.com

Attorneys for Defendant
Microsoft Corporation

LEGAL25738986.1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS, NO. C 12 5422 YGR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Civil L.R. 5-1(h)(1) on February 4, 2013. Any other counsel of record will be served via facsimile or electronic mail pursuant to Civil L.R. 5-1(h)(2).

*/s/ Christopher L. Kelley*
Christopher L. Kelley