United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br>     Plaintiff, <br>     v. <br> MICROSOFT CORPORATION, <br>     Defendant. | Case No.  12-cv-05422-JST <br><br> **MINUTE ORDER IN RESPONSE TO STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** <br><br> Re: Dkt. No. 27. |

Before the Court is the parties' Stipulation and Proposed Order Selecting ADR Process, which was filed on January 24, 2013, before this case was reassigned. Dkt. No. 27. In it, the parties agree to participate in mediation and agree to hold the mediation session by 60 days after issuance of a claim construction order.

The Reassignment Order requires the parties to familiarize themselves with the Court's standing orders and to file case management statements, either jointly or separately, within 15 days of the Reassignment Order. Dkt. No. 30. In their statement or statements, the parties are ordered to address any deadlines in place before reassignment, and describe any requested modifications of those dates. The parties are also directed to address the status of their negotiations and discovery processes.

/ / /

/ / /

/ / /

/ / /

The Court will be in a better position to evaluate the proper deadline for mediation after the receipt of this information.

**IT IS SO ORDERED**.

Dated:  February 25, 2013

_____
Jon S. Tigar
United States District Judge

2