| | |
|---|---|
| Scott R. Raber (SBN 194924) | Eric L. Wesenberg (SBN 139696) |
| scott.raber@rimonlaw.com | EWesenberg@perkinscoie.com |
| RIMON P.C. | Christopher L. Kelley (SBN 166608) |
| One Embarcadero Center, Suite 400 | CKelley@perkinscoie.com |
| San Francisco, CA 94111 | Kenneth J. Halpern (SBN 187663) |
| Phone: 415.683.5472 | KHalpern@perkinscoie.com |
| Facsimile: 800.930.7271 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| Alexandra Wald (*admitted pro hac vice*) | Palo Alto, CA  94304-1212 |
| awald@cohengresser.com | Telephone:  650.838.4300 |
| Francisco A. Villegas (SBN 206997) | Facsimile:  650.838.4350 |
| fvillegas@cohengresser.com | |
| Damir Cefo (*admitted pro hac vice*) | Antoine M. McNamara (SBN 261980) |
| dcefo@cohengresser.com | AMcNamara@perkinscoie.com |
| COHEN & GRESSER LLP | PERKINS COIE LLP |
| 800 Third Avenue, 21st Floor | 1201 Third Avenue, Suite 4800 |
| New York, NY  10022 | Seattle, WA  98101 |
| Phone:  212.957.7600 | Telephone:  206.359.8000 |
| Facsimile:  212.957.4514 | Facsimile:  206.359.9000 |
| | |
| Attorneys for Plaintiff | Isabella E. Fu (SBN 154677) |
| Emblaze Ltd. | Associate General Counsel |
| | Microsoft Corporation |
| | One Microsoft Way |
| | Redmond, WA 98052 |
| | Telephone: 425.882.8080 |
| | Facsimile: 425.936.7329 |
| | |
| | Attorneys for Defendant |
| | Microsoft Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD., | |
| Plaintiff, | Case No. 3:12-cv-5422 JST |
| v. | **JOINT STIPULATION REQUESTING EXTENSION FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

/ / /

/ / /

Pursuant to Civil Local Rule 6-2, Patent Local Rule 2-1(a), and the Clerk's Notice Setting Case Management Conference (D.I. 37), the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation Requesting an Extension for the Case Management Conference currently scheduled for March 19, 2013. A Case Management Conference had originally been scheduled for February 11, 2013 (D.I. 21), before being vacated and reset to February 25, 2013, and subsequently being vacated pursuant to the Reassignment Order (D.I. 30).

Counsel for both parties have conflicts with the March 19 date and mutually respectfully request an extension of 14 days for the Case Management Conference, so that it may be held on April 3, 2013. The parties do not anticipate that such an extension would have an effect on the schedule for this case, as they are continuing with their preparations to meet the deadlines as proposed in the Second Joint Case Management Statement (D.I. 34).

DATED: March 13, 2013

RIMON P.C.

By: */s/ Scott R. Raber*
    Scott R. Raber
Attorneys for Plaintiff Emblaze Ltd.

DATED: March 13, 2013

PERKINS COIE LLP

By: */s/ Christopher L. Kelley*
    Christopher L. Kelley
Attorneys for Defendant Microsoft Corporation

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for March 19, 2013 in this matter is continued to April 3, 2013.

IT IS SO ORDERED.

Dated: _____   _____
                                Honorable Jon S. Tigar

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

                                                                              */s/ Scott R. Raber*
                                                                               Scott R. Raber

## **SIGNATURE ATTESTATIONs**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for defendant Microsoft Corporation as indicated by a "conformed" signature (/s/).

                                                                              */s/ Scott R. Raber*
                                                                              Scott R. Raber