# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 2, 2013      **Time:** 32 minutes      **Judge:** Jon S. Tigar
**Case No.**: 12-cv-05422-JST   **Case Name:**  Emblaze Ltd. v. Microsoft Corporation

**Attorney for Plaintiff:**   Alexandra Wald; Scott R. Raber; Damir Cefo
**Attorney for Defendant:**   Eric L. Wesenberg

**Deputy Clerk:** William Noble         **Court Reporter:** Not reported

## PROCEEDINGS

Initial case management conference.  Held.

Discovery will not be bifurcated.  Any discovery disputes will be referred to a Magistrate Judge.

Parties may file a stipulation to change other deadlines.

Court set the following deadlines:
                Tutorial Hearing:   October 29, 2013 at 2:00 p.m.
                Markman Hearing:   November 12, 2013 at 2:00 pm.
   Dispositive Motion Filing Date:   January 31, 2014