UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMBLAZE LTD., | |
|---|---|
| Plaintiff, | Case No. 12-cv-05422-JST |
| v. | |
| MICROSOFT CORPORATION, | **CORRECTED SCHEDULING ORDER** |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| **Technology Tutorial** | **October 29, 2013** |
| **Claims Construction Hearing** | **November 12, 2013** |
| **Deadline to File Dispositive Motions** | **January 31, 2014** |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Requests for continuance are disfavored. The court will not consider any event subsequently scheduled by a party, party controlled witness, expert or attorney that conflicts with

the above trial date as good cause to grant a continuance. The court will not consider the pendency of settlement discussions as good cause to grant a continuance. Trial dates set by this Court should be regarded as firm.

Dated: April 15, 2013

_____
JON S. TIGAR
United States District Judge