UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 12-cv-05422-JST

**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING COORDINATION OF CLAIM CONSTRUCTION AND SUMMARY JUDGMENT ON NONINFRINGEMENT**

The Court has received the enclosed e-mail from Defendant's counsel. <u>See</u> Attachment A. The parties are ordered to meet and confer concerning the most appropriate relationship between the claim construction and summary judgment schedules in this case.

Not later than August 27, the parties shall file a statement proposing schedules for summary judgment and claim construction briefing and hearing. One or both parties may request that the schedules be simultaneous.[1] If the parties cannot agree, the parties shall make competing proposals, bearing in mind that the Court is likely to choose one party's proposal rather than attempt to reconcile both. After receiving the statement, the Court will issue a scheduling order, or, if it appears necessary, the Court will set a case management conference, at which counsel may appear by telephone.

**IT IS SO ORDERED.**

Dated: August 21, 2013

                                        JON S. TIGAR
                                   United States District Judge

---

[1] The Court is not endorsing simultaneous briefing or hearing, but simply acknowledging the possibility.