| | |
|---|---|
| Scott R. Raber (SBN 194924) | Eric L. Wesenberg (SBN 139696) |
| scott.raber@rimonlaw.com | EWesenberg@perkinscoie.com |
| RIMON P.C. | Christopher L. Kelley (SBN 166608) |
| One Embarcadero Center, Suite 400 | CKelley@perkinscoie.com |
| San Francisco, CA 94111 | Kenneth J. Halpern (SBN 187663) |
| Phone: 415.683.5472 | KHalpern@perkinscoie.com |
| Facsimile: 800.930.7271 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| Alexandra Wald (*admitted pro hac vice*) | Palo Alto, CA  94304-1212 |
| awald@cohengresser.com | Telephone:  650.838.4300 |
| Francisco A. Villegas (SBN 206997) | Facsimile:  650.838.4350 |
| fvillegas@cohengresser.com | |
| Damir Cefo (*admitted pro hac vice*) | Antoine M. McNamara (SBN 261980) |
| dcefo@cohengresser.com | AMcNamara@perkinscoie.com |
| Erik Hanson (*admitted pro hac vice*) | PERKINS COIE LLP |
| ehanson@cohengresser.com | 1201 Third Avenue, Suite 4800 |
| COHEN & GRESSER LLP | Seattle, WA  98101 |
| 800 Third Avenue, 21st Floor | Telephone:  206.359.8000 |
| New York, NY  10022 | Facsimile:  206.359.9000 |
| Phone:  212.957.7600 | |
| Facsimile:  212.957.4514 | |
| | |
| *Attorneys for Plaintiff* | Isabella E. Fu (SBN 154677) |
| *Emblaze Ltd.* | Associate General Counsel |
| | Microsoft Corporation |
| | One Microsoft Way |
| | Redmond, WA 98052 |
| | Telephone: 425.882.8080 |
| | Facsimile:  425.936.7329 |
| | |
| | *Attorneys for Defendant* |
| | *Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMBLAZE LTD., | |
| Plaintiff, | Case No. 3:12-cv-05422-JST |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**JOINT STIPULATION REQUESTING EXTENSION
FOR FILING STATEMENT PROPOSING SCHEDULES FOR SUMMARY
JUDGMENT AND CLAIM CONSTRUCTION BRIEFING; [PROPOSED ORDER]**

1

Pursuant to Civil Local Rule 6-2, and the Order Directing Parties to Meet and Confer Regarding Coordination of Claim Construction and Summary Judgment of Noninfringement (D.I. 47), the parties to this action respectfully submit the following Joint Stipulation Requesting an Extension for Filing the Statement Proposing Schedules for Summary Judgment and Claim Construction Briefing currently scheduled for August 27, 2013.

Due to the time difference between plaintiff (based in Israel) and its counsel (based in New York and San Francisco), and plaintiff's religious traditions, the parties respectfully request an extension of two (2) days to file a statement proposing schedules for summary judgment and claim construction briefing and hearing, so that it may be filed on August 29, 2013.

The previous time modifications in this case consist of the following: a Case Management Conference had originally been scheduled for February 11, 2013 (D.I. 21), before being vacated and reset to February 25, 2013, and subsequently being vacated pursuant to a Reassignment Order (D.I. 30). Subsequent to the Clerk's Notice Setting Case Management Conference (D.I. 37), the parties filed a Joint Stipulation Requesting an Extension for the Case Management Conference (D.I. 38), and an extension of 14 days was granted (D.I. 39).

The parties do not anticipate that the requested extension will have an effect on the schedule in this case, as they are continuing with their preparations to meet the deadlines as provided in the Second Joint Case Management Statement (D.I. 34) and Corrected Scheduling Order (D.I. 42).

DATED: August 26, 2013

RIMON P.C.

By:    /s/ *Scott R. Raber*
     Scott R. Raber

Attorneys for Plaintiff *Emblaze Ltd.*

PERKINS COIE LLP

DATED: August 26, 2013

By:    /s/ *Christopher L. Kelley*
     Christopher L. Kelley

Attorneys for Defendant *Microsoft Corporation*

**ORDER**

PURSUANT TO THE STIPULATION, it is so ORDERED.

Dated: August ___, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

                                               */s/ Scott R. Raber*
                                               Scott R. Raber

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for defendant Microsoft Corporation as indicated by a "conformed" signature (/s/).

                                               */s/ Scott R. Raber*
                                               Scott R. Raber

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28