Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: 415.683.5472
Facsimile: 800.930.7271

Alexandra Wald (*admitted pro hac vice*)
awald@cohengresser.com
Francisco A. Villegas (SBN 206997)
fvillegas@cohengresser.com
Damir Cefo (*admitted pro hac vice*)
dcefo@cohengresser.com
Erik Hanson (*admitted pro hac vice*)
ehanson@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: 212.957.7600
Facsimile: 212.957.4514

*Attorneys for Plaintiff*
*Emblaze Ltd.*

Eric L. Wesenberg (SBN 139696)
EWesenberg@perkinscoie.com
Christopher L. Kelley (SBN 166608)
CKelley@perkinscoie.com
Kenneth J. Halpern (SBN 187663)
KHalpern@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Antoine M. McNamara (SBN 261980)
AMcNamara@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Isabella E. Fu (SBN 154677)
Associate General Counsel
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: 425.882.8080
Facsimile: 425.936.7329

*Attorneys for Defendant*
*Microsoft Corporation*

**FILED**
AUG 26 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND DIVISION~~

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:12-cv-05422-JST |

**JOINT STIPULATION REQUESTING EXTENSION FOR FILING STATEMENT PROPOSING SCHEDULES FOR SUMMARY JUDGMENT AND CLAIM CONSTRUCTION BRIEFING; ~~[PROPOSED ORDER]~~**

Pursuant to Civil Local Rule 6-2, and the Order Directing Parties to Meet and Confer Regarding Coordination of Claim Construction and Summary Judgment of Noninfringement (D.I. 47), the parties to this action respectfully submit the following Joint Stipulation Requesting an Extension for Filing the Statement Proposing Schedules for Summary Judgment and Claim Construction Briefing currently scheduled for August 27, 2013.

Due to the time difference between plaintiff (based in Israel) and its counsel (based in New York and San Francisco), and plaintiff's religious traditions, the parties respectfully request an extension of two (2) days to file a statement proposing schedules for summary judgment and claim construction briefing and hearing, so that it may be filed on August 29, 2013.

The previous time modifications in this case consist of the following: a Case Management Conference had originally been scheduled for February 11, 2013 (D.I. 21), before being vacated and reset to February 25, 2013, and subsequently being vacated pursuant to a Reassignment Order (D.I. 30). Subsequent to the Clerk's Notice Setting Case Management Conference (D.I. 37), the parties filed a Joint Stipulation Requesting an Extension for the Case Management Conference (D.I. 38), and an extension of 14 days was granted (D.I. 39).

The parties do not anticipate that the requested extension will have an effect on the schedule in this case, as they are continuing with their preparations to meet the deadlines as provided in the Second Joint Case Management Statement (D.I. 34) and Corrected Scheduling Order (D.I. 42).

DATED: August 26, 2013

RIMON P.C.

By: ____/s/ Scott R. Raber____
      Scott R. Raber

Attorneys for Plaintiff *Emblaze Ltd.*

PERKINS COIE LLP

DATED: August 26, 2013

By: ____/s/ Christopher L. Kelley____
      Christopher L. Kelley

Attorneys for Defendant *Microsoft Corporation*

**ORDER**

PURSUANT TO THE STIPULATION, it is so ORDERED.

Dated: August 26, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge