Christopher L. Kelley
PHONE: (650) 838-4452
FAX:   (650) 838-4652
EMAIL: CKelley@perkinscoie.com

October 11, 2013

Honorable John S. Tigar
United States District Court
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Emblaze v. Microsoft -* **Case No. 3:12-cv-05422-JST**

Dear Judge Tigar:

Today Emblaze filed a motion requesting that the tutorial in this matter be rescheduled to coincide with the claim construction hearing. Microsoft opposes this request. Microsoft believes that the Court will be better served by the current schedule, which allows the Court to absorb the technology tutorial before it reads through the claim construction briefing and prepares for the Markman hearing.

Emblaze has known about the separate dates for the tutorial and claim construction hearing since they were set over six months ago. Changing the date now, only a couple of weeks before the scheduled hearings, will be disruptive. Microsoft's technical expert, Dr. Rose, organized his Fall teaching schedule at UC Santa Barbara to enable him to participate in the tutorial on October 29. Moving the tutorial to the date of the November 12 Markman hearing would require Dr. Rose to reschedule his existing teaching obligations.  While Microsoft does not wish to cause inconvenience to Emblaze executives, it does not seem appropriate to reschedule the tutorial to the disadvantage of the Court and active participants in order to accommodate non-participants.

Microsoft, therefore, respectfully requests that the Court keep the existing dates.

Respectfully submitted,

/s/ *Christopher L. Kelley*

Christopher L. Kelley