UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD.,<br>    Plaintiff,<br>    v.<br>MICROSOFT CORPORATION,<br>    Defendant. | Case No. 12-cv-05422-JST<br><br>**ORDER RESCHEDULING TUTORIAL AND CLAIM CONSTRUCTION HEARING AND DENYING MOTION TO CONTINUE**<br><br>Re: ECF No. 55 |

In this patent infringement action, recent changes to the Court's schedule require the continuance of the tutorial and claim construction hearing, which currently are scheduled for October 29, 2013, and November 12, 2013, respectively.

The tutorial is continued to December 16, 2013, at 2:00 p.m. Each side will have 45 minutes to make a presentation on the technology at issue. Emblaze, the patent holder, will make the first presentation. No argument will be permitted. Statements made at the tutorial may not be used for any purpose in other aspects of the litigation.

The claim construction hearing is continued to December 18, 2013, at 9:30 a.m. Each of the ten terms that the parties identified in their joint claim construction statement as most significant to the case will be construed by the Court. See ECF No. 46. At the hearing, the Court will take argument on each of these ten terms in turn. Each side will have a total of 75 minutes for argument. This time may be allocated as each party sees fit.

/ / /

/ / /

/ / /

/ / /

/ / /

Emblaze's motion to schedule the tutorial on the same day as the claim construction hearing, ECF No. 55, is DENIED.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
JON S. TIGAR
United States District Judge