UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Emblaze Ltd.

Plaintiff(s),

v.

Microsoft Corporation

Defendant(s).

Case No: 12-cv-05422-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Martin B. Pavane, an active member in good standing of the bar of U.S. District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Emblaze Ltd. in the above-entitled action. My local co-counsel in this case is Scott Raber, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cozen O'Connor | Rimon, PC, Law Firm Evolved |
| 277 Park Avenue, New York, NY 10172 | 1 Embarcadero Center, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 883-4900 | (415) 683-5472 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mpavane@cozen.com | scott.raber@rimonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1528819.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/21/13

/s/ Martin B. Pavane
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ Martin B. Pavane is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 10, 2013

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
HON JON S. TIGAR

PRO HAC VICE APPLICATION & ORDER                                          October 2012