UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br>     Plaintiff, <br> v. <br> MICROSOFT CORPORATION, <br>     Defendant. | Case No. 12-cv-05422-JST <br><br> **ORDER CONTINUING TUTORIAL AND CLAIM CONSTRUCTION HEARING** <br><br> Re: ECF No. 57 |

On December 3, 2013, Courtroom Deputy William Noble apprised counsel that the Court would be unable to proceed with the tutorial and claim construction hearing scheduled for December 16 and December 18 in light of a trial in another action, and he requested that the parties propose new dates for these hearings. To date, the parties have not proposed any dates. As the Court continues to be unable to proceed with the scheduled hearings in this action, the hearings are CONTINUED as follows:

The tutorial is continued to February 4, 2014, at 9:30 a.m. Each side will have 45 minutes to make a presentation on the technology at issue. Emblaze, the patent holder, will make the first presentation. No argument will be permitted. Statements made at the tutorial may not be used for any purpose in other aspects of the litigation. The tutorial will not be recorded.

The claim construction hearing is continued to February 6, 2014, at 9:30 a.m. Each of the ten terms that the parties identified in their joint claim construction statement as most significant to the case will be construed by the Court. See ECF No. 46. At the hearing, the Court will take argument on each of these ten terms in turn. Each side will have a total of 75 minutes for argument. This time may be allocated as each party sees fit.

**IT IS SO ORDERED.**

Dated: December 11, 2013

_____
JON S. TIGAR
United States District Judge