| | |
|---|---|
| Scott R. Raber (SBN 194924)<br>scott.raber@rimonlaw.com<br>RIMON P.C.<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>Phone: 415.683.5472<br>Facsimile: 800.930.7271 | Eric L. Wesenberg (SBN 139696)<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley (SBN 166608)<br>CKelley@perkinscoie.com<br>Kenneth J. Halpern (SBN 187663)<br>KHalpern@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350 |
| Alexandra Wald (*admitted pro hac vice*)<br>awald@cohengresser.com<br>Francisco A. Villegas (SBN 206997)<br>fvillegas@cohengresser.com<br>Damir Cefo (*admitted pro hac vice*)<br>dcefo@cohengresser.com<br>Erik Hanson (*admitted pro hac vice*)<br>ehanson@cohengresser.com<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Phone: 212.957.7600<br>Facsimile: 212.957.4514 | Antoine M. McNamara (SBN 261980)<br>AMcNamara@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |
| *Attorneys for Plaintiff*<br>*Emblaze Ltd.* | Isabella E. Fu (SBN 154677)<br>Associate General Counsel<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: 425.882.8080<br>Facsimile: 425.936.7329 |
| | *Attorneys for Defendant*<br>*Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05422-JST |

**STIPULATED REQUEST FOR ORDER ENLARGING TIME IN CONNECTION WITH MICROSOFT'S MOTION TO DISQUALIFY COHEN & GRESSER LLP AS COUNSEL FOR EMBLAZE LTD.**

---

JOINT STIPULATION REQUESTING EXTENSION　　　　　　　　　　CASE NO. 4:12-cv-5422 JST

This stipulation is made between Plaintiff Emblaze Ltd. ("Emblaze") and Defendant Microsoft Corporation ("Microsoft"), by and through their respective counsel. The parties herein agree and stipulate as follows:

1. Emblaze's time to file a Response to Microsoft's Motion to Disqualify Cohen & Gresser LLP as Counsel for Emblaze Ltd. (D.E. #66), which is currently scheduled for April 18, 2014, shall be extended to May 1, 2014.

2. Microsoft's time to file a Reply in support of its Motion to Disqualify, which is currently due April 25, 2014, shall be extended to May 14, 2014.

3. The parties do not anticipate that the requested extension will have an effect on the schedule in this case, or on the hearing date of May 29, 2014 requested by Microsoft.

4. The previous time modifications in this case are as follows:  A Case Management Conference had originally been scheduled for February 11, 2013 (D.E. #21), before being vacated and reset to February 25, 2013, and subsequently being vacated pursuant to a Reassignment Order (D.E. #30).  Subsequent to the Clerk's Notice Setting Case Management Conference (D.E. #37), the parties filed a Joint Stipulation Requesting an Extension for the Case Management Conference (D.E. #38), and an extension of 14 days was granted (D.E. #39).  A Joint Statement Proposing Schedules for Summary Judgment and Claim Construction Briefing had originally been scheduled for August 27, 2013.  (D.E. #47).  The parties filed a Joint Stipulation Requesting an Extension for Filing Statement Proposing Schedules for Summary Judgment and Claim Construction Briefing (D.E. #48), and an extension of 2 days was granted (D.E. #49).  A technology tutorial had originally been scheduled for October 29, 2013 and a claims construction hearing had originally been scheduled for November 12, 2013.  (D.E. #42).  Pursuant to Court Order (D.E. #57), the tutorial was continued to December 16, 2013 and the claims construction hearing was continued to December 18, 2013.  Pursuant to Court Order (D.E. #60), the tutorial was subsequently continued to February 4, 2014 and the claims construction hearing was continued to February 6, 2014.  Pursuant to Clerk's Notice (D.E. #61), the tutorial was continued to March 3, 2014 and the claims construction hearing continued to March 5, 2014.  Pursuant to

Clerk's Notice (D.E. #62), the tutorial was continued to June 9, 2014 and the claims construction hearing was continued to June 11, 2014.

DATED:  April 9, 2014

RIMON P.C.

By: */s/ Scott R. Raber*
 Scott R. Raber

Attorneys for Plaintiff *Emblaze Ltd.*

DATED:  April 9, 2014

PERKINS COIE LLP

By: */s/ Eric L. Wesenberg*
 Eric L. Wesenberg

Attorneys for Defendant *Microsoft Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 10, 2014

By: [signature]
 The Honorable Jon S. Tigar
 United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby declare under penalty of perjury under the laws of the United States of America that concurrence in this filing has been obtained from signatory Eric L. Wesenberg.

Executed this 9th day of April, 2014 at San Francisco, California.

*/s/ Scott R. Raber*
Scott R. Raber