UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 29, 2014                                                        Judge:  Jon S. Tigar

Time: 47 minutes

Case No.       **3:12-cv-05422-JST**
Case Name      **Emblaze Ltd. v. Microsoft Corporation**

Attorneys for Plaintiff:      Charles E. Stewart; Scott R. Raber; Alexandra Wald
Attorneys for Defendant:   Eric L. Wesenberg; Kenneth J. Halpern

Deputy Clerk:  William Noble                             Court Reporter:  Debra Pas

PROCEEDINGS

- Microsoft Corporation's Motion to Disqualify Cohen & Gressler LLP as Counsel for Emblaze LTD. (docket 66)

RESULT OF HEARING

Motion hearing held.  The Court will issue a written order.