Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 683-5472
Facsimile: (800) 930-7271
Email: scott.raber@rimonlaw.com

Alexandra Wald (*admitted pro hac vice*)
awald@cohengresser.com
Francisco A. Villegas (SBN 206997)
fvillegas@cohengresser.com
Damir Cefo (*admitted pro hac vice*)
dcefo@cohengresser.com
Erik Hanson (*admitted pro hac vice*)
ehanson@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: awald@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com

Attorneys for Plaintiff
EMBLAZE LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:12-cv-5422-JST <br><br> **STATEMENT OF RECENT DECISION SUBMITTED BY PLAINTIFF EMBLAZE LTD. PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)** |

Pursuant to Civil Local Rule 7-3(d)(2), plaintiff Emblaze Ltd. hereby submits this Statement of Recent Decision, attached hereto as Exhibit 1, from *Emblaze Ltd. v. Apple, Inc.*, __ F. Supp. ___ , Case No. 5:11-CV-01079-PSG, 2014 WL 1652226, *1 (N.D. Cal. April 24, 2014), issued after plaintiff's submission of its claim construction briefs (Dkt. 52, 54) in this matter.

DATED: June 2, 2014            RIMON P.C.

By:     /s/ *Scott R. Raber*
       Scott R. Raber
Attorneys for Plaintiff *Emblaze Ltd.*