1  Scott R. Raber (SBN 194924)
   RIMON P.C.
2  One Embarcadero Center, Suite 400
   San Francisco, CA 94111
3  Phone: (415) 683-5472
   Facsimile: (800) 930-7271
4  Email: scott.raber@rimonlaw.com

5  Alexandra Wald (*admitted pro hac vice*)
   awald@cohengresser.com
6  Francisco A. Villegas (SBN 206997)
   fvillegas@cohengresser.com
7  Damir Cefo (*admitted pro hac vice*)
   dcefo@cohengresser.com
8  Erik Hanson (*admitted pro hac vice*)
   ehanson@cohengresser.com
9  COHEN & GRESSER LLP
   800 Third Avenue, 21st Floor
10 New York, NY 10022
   Phone: 212.957.7600
11 Facsimile: 212.957.4514

12 *Counsel for Plaintiff*
   *Emblaze Ltd.*

   Eric L. Wesenberg (SBN 139696)
   EWesenberg@perkinscoie.com
   Christopher L. Kelley (SBN 166608)
   CKelley@perkinscoie.com
   Kenneth J. Halpern (SBN 187663)
   KHalpern@perkinscoie.com
   PERKINS COIE LLP
   3150 Porter Drive
   Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
   Facsimile:  650.838.4350

   Antoine McNamara (SBN 261980)
   AMcNamara@perkinscoie.com
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA  98101-3099
   Telephone:  206.359.8000
   Facsimile:  206.359.9000

   Isabella E. Fu (SBN 154677)
   Associate General Counsel
   Microsoft Corporation
   One Microsoft Way
   Redmond, WA 98052
   Telephone:  425.882.8080
   Facsimile:  425.936.7329

   *Counsel for Defendant*
   *Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD.,<br><br>         Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No. 3:12-cv-05422-JST<br><br>**STIPULATED ADMINISTRATIVE MOTION REGARDING EQUIPMENT NECESSARY FOR TUTORIAL AND CLAIM CONSTRUCTION HEARINGS** |

LEGAL27080767.2

Pursuant to Civil Local Rule 7-11 and 7-12, Plaintiff Emblaze Ltd. and Defendant Microsoft Corporation hereby move the Court for permission to bring the following equipment to the courtroom for the Tutorial Hearing on June 9, 2014, and for the Claim Construction Hearing on June 11, 2014:

- two projectors
- a projector screen
- a table
- a switcher
- electrical cables and connectors
- laptop computers

The equipment will be removed immediately following each hearing.

DATED:  June 5, 2014               COHEN & GRESSER LLP

                                   By:    */s/ Francisco Villegas*
                                          Francisco Villegas

                                          *Counsel for Plaintiff*
                                          *Emblaze Ltd.*


DATED:  June 5, 2014               PERKINS COIE LLP

                                   By:    */s/ Antoine McNamara*
                                          Antoine McNamara

                                          *Counsel for Defendant*
                                          *Microsoft Corporation*

-1-    STIPULATED MOTION REGARDING EQUIPMENT FOR HEARINGS  (No. 3:12-cv-05422-JST)

## [PROPOSED] ORDER

The parties shall contact the Courtroom Deputy Clerk at jstcrd@cand.uscourts.gov to arrange a time for equipment set up.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 6, 2014



The Honorable Jon S. Tigar
United States District Judge

-2-  STIPULATED MOTION REGARDING EQUIPMENT FOR HEARINGS (No. 3:12-cv-05422-JST)

## **DECLARATION**

I, Scott R. Raber, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 5, 2013

By: */s/ Scott R. Raber*
      Scott R. Raber