UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No.  12-cv-05422-JST

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for October 1, 2014 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 30, 2014

Richard W. Wieking
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR
415-522-2036