UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMBLAZE LTD., | |
|---|---|
| Plaintiff, | Case No. 12-cv-05422-JST |
| v. | **SCHEDULING ORDER** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 and the discussion held at the October 1, 2014 case management conference:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | The Court does not anticipate further amendment of the pleadings |
| Fact discovery cut-off | 8/7/15 |
| Expert disclosures | 8/7/15 |
| Expert rebuttal | 8/28/15 |
| Expert discovery cut-off | 10/9/15 |
| Deadline to file dispositive motions | 10/30/15 |
| Pretrial conference statement due | 3/8/16 |

| Event | Deadline |
|---|---|
| Pretrial conference | 3/18/16 at 2:00 p.m. |
| Trial | 4/4/16[1] at 8:30 a.m. |
| Estimate of trial length (in days) | Twelve |

Plaintiff's request for more discovery than is presumptively allowed under the Federal Rules of Civil Procedure is DENIED WITHOUT PREJUDICE.  Plaintiff may renew its motion after the completion of further discovery.

Defendant's request to file more than one motion for summary judgment is DENIED.

The Court sets this case for further case management on November 18, 2015.  A joint case management conference statement is due ten court days beforehand.  In the statement, in addition to the topics required by local rule, the parties should set forth an appropriate briefing and hearing schedule for any Daubert motions.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

/ / /

/ / /

/ / /

/ / /

---

[1] The Court has set the trial later than was discussed at the October 1, 2014 case management conference to accommodate the parties' jointly expressed wish for a separate Daubert motion and hearing schedule.

2

a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

Dated:  October 9, 2014

_____
JON S. TIGAR
United States District Judge