UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMBLAZE LTD.,

        Plaintiff,

   v.

MICROSOFT CORPORATION,

        Defendant.

Case No. 12-cv-05422-JST

**ORDER RE JOINT MOTION FOR PROTECTIVE ORDER**

Re: ECF No. 104

Now before the Court is the parties' joint motion for protective order. The parties have agreed on the terms of a protective order, except for two issues (spread over three paragraphs). This order resolves those issues as follows:

    1.    The Court adopts Microsoft's proposed Paragraph 9(c). Emblaze shall produce source code for inspection at the office of its outside counsel in New York, New York.

    2.    The Court adopts Microsoft's proposed Paragraph 9(d)(iv), with one modification: the phrase ", except as provided in Paragraph 9(d)(vi)" shall be inserted after the words "recordable device." The sentence in question will then read, "The Receiving Party shall not copy, remove, transcribe, or otherwise transfer any source code from the Source Code Computer including, without limitation, copying, removing, or transferring the source code onto any other computers, peripheral equipment, recordable media, or recordable device, except as provided in Paragraph 9(d)(vi)."

    3.    The court adopts Emblaze's proposed Paragraph 9(d)(vi).

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
JON S. TIGAR
United States District Judge