UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBLAZE LTD., <br>     Plaintiff, <br> v. <br> MICROSOFT CORPORATION, <br>     Defendant. | Case No. 12-cv-05422-JST (EDL) <br><br> **ORDER ON PLAINTIFF'S MOTION TO COMPEL** <br><br> Re: Dkt. Nos. 114, 118, 137, 139 |

On February 25, 2015, Plaintiff filed this motion to compel discovery. As stated on the record at the April 28, 2015 hearing, the Parties reached an agreement that resolves their search term dispute. (See Dkt. 146.) Plaintiff also raised the issue of the sufficiency of its disclosures pursuant to the Patent Local Rules. Defendant did not assert that issue as a means to oppose Plaintiff's motion to compel, so it is not necessary to address the issue. The Parties' unopposed motions to file under seal are GRANTED.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge