| | |
|---|---|
| Scott R. Raber (SBN 194924)<br>scott.raber@rimonlaw.com<br>RIMON P.C.<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>Phone: 415.683.5472<br>Facsimile: 800.930.7271<br><br>Karen H. Bromberg (*admitted pro hac vice*)<br>kbromberg@cohengresser.com<br>Alexandra Wald (*admitted pro hac vice*)<br>awald@cohengresser.com<br>Francisco A. Villegas (SBN 206997)<br>fvillegas@cohengresser.com<br>Damir Cefo (*admitted pro hac vice*)<br>dcefo@cohengresser.com<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Phone: 212.957.7600<br>Facsimile: 212.957.4514<br><br>*Attorneys for Plaintiff*<br>*Emblaze Ltd.* | Eric L. Wesenberg (SBN 139696)<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley (SBN 166608)<br>CKelley@perkinscoie.com<br>Kenneth J. Halpern (SBN 187663)<br>KHalpern@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Antoine M. McNamara (SBN 261980)<br>AMcNamara@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Isabella E. Fu (SBN 154677)<br>Associate General Counsel<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: 425.882.8080<br>Facsimile: 425.936.7329<br><br>*Attorneys for Defendant*<br>*Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE, LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | Case No. C 12 5422 JST (EDL)<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Emblaze Ltd. and Defendant Microsoft Corp. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to dismiss this action pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each side to bear its own costs and attorneys' fees.  The Parties stipulate that Emblaze's claims against Microsoft are dismissed with prejudice.  The Parties further stipulate that Microsoft's counterclaims against Emblaze are dismissed without prejudice.

A form of order accompanies this stipulation.

DATED:  June 19, 2015  **PERKINS COIE LLP**

By: /s/ *Eric L. Wesenberg*
Eric L. Wesenberg
EWesenberg@perkinscoie.com

*Attorneys for Defendant*
*Microsoft Corporation*

DATED:  June 19, 2015  **COHEN & GRESSER LLP**

By: /s/ *Karen Bromberg*
Karen H. Bromberg
kbromberg@cohengresser.com

*Attorneys for Plaintiff Emblaze Ltd.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby declare under penalty of perjury under the laws of the United States of America that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 23rd day of June, 2015 at New York, New York.


DATED:  June 23, 2015                              **COHEN & GRESSER LLP**

                                            By: /s/ *Francisco Villegas*
                                                  Francisco A. Villegas