| | |
|---|---|
| Scott R. Raber (SBN 194924)<br>scott.raber@rimonlaw.com<br>RIMON P.C.<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>Phone: 415.683.5472<br>Facsimile: 800.930.7271<br><br>Karen H. Bromberg (*admitted pro hac vice*)<br>kbromberg@cohengresser.com<br>Alexandra Wald (*admitted pro hac vice*)<br>awald@cohengresser.com<br>Francisco A. Villegas (SBN 206997)<br>fvillegas@cohengresser.com<br>Damir Cefo (*admitted pro hac vice*)<br>dcefo@cohengresser.com<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY  10022<br>Phone:  212.957.7600<br>Facsimile:  212.957.4514<br><br>*Attorneys for Plaintiff*<br>*Emblaze Ltd.* | Eric L. Wesenberg (SBN 139696)<br>EWesenberg@perkinscoie.com<br>Christopher L. Kelley (SBN 166608)<br>CKelley@perkinscoie.com<br>Kenneth J. Halpern (SBN 187663)<br>KHalpern@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  650.838.4300<br>Facsimile:  650.838.4350<br><br>Antoine M. McNamara (SBN 261980)<br>AMcNamara@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br><br>Isabella E. Fu (SBN 154677)<br>Associate General Counsel<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: 425.882.8080<br>Facsimile:  425.936.7329<br><br>*Attorneys for Defendant*<br>*Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE, LTD.,<br>　　　　　Plaintiff,<br>　　v.<br>MICROSOFT CORPORATION,<br>　　　　　Defendant. | Case No. C 12 5422 JST (EDL)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

  I hereby certify that on June 23, 2015, I electronically transmitted the Joint Stipulation of Dismissal and the [Proposed] Order Granting Joint Stipulation of Dismissal Pursuant to FED. R. CIV.P. 41(a) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

DATED: June 23, 2015       **COHEN & GRESSER LLP**

                By: /s/ *Francisco Villegas*
                  Francisco A. Villegas