| | | |
|---|---|---|
| 1 | Scott R. Raber (SBN 194924)<br>scott.raber@rimonlaw.com | Eric L. Wesenberg (SBN 139696)<br>EWesenberg@perkinscoie.com |
| 2 | RIMON P.C.<br>One Embarcadero Center, Suite 400 | Christopher L. Kelley (SBN 166608)<br>CKelley@perkinscoie.com |
| 3 | San Francisco, CA 94111<br>Phone: 415.683.5472 | Kenneth J. Halpern (SBN 187663)<br>KHalpern@perkinscoie.com |
| 4 | Facsimile: 800.930.7271 | PERKINS COIE LLP<br>3150 Porter Drive |
| 5 | Karen H. Bromberg (*admitted pro hac vice*)<br>kbromberg@cohengresser.com | Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300 |
| 6 | Alexandra Wald (*admitted pro hac vice*)<br>awald@cohengresser.com | Facsimile: 650.838.4350 |
| 7 | Francisco A. Villegas (SBN 206997)<br>fvillegas@cohengresser.com | Antoine M. McNamara (SBN 261980)<br>AMcNamara@perkinscoie.com |
| 8 | Damir Cefo (*admitted pro hac vice*)<br>dcefo@cohengresser.com | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 9 | COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor | Seattle, WA 98101<br>Telephone: 206.359.8000 |
| 10 | New York, NY 10022<br>Phone: 212.957.7600 | Facsimile: 206.359.9000 |
| 11 | Facsimile: 212.957.4514 | |
| 12 | *Attorneys for Plaintiff*<br>*Emblaze Ltd.* | Isabella E. Fu (SBN 154677)<br>Associate General Counsel |
| 13 | | Microsoft Corporation<br>One Microsoft Way |
| 14 | | Redmond, WA 98052<br>Telephone: 425.882.8080 |
| 15 | | Facsimile: 425.936.7329 |
| 16 | | *Attorneys for Defendant*<br>*Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMBLAZE LTD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05422-JST (EDL)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to the stipulation of the parties, it is hereby ORDERED:

1. All claims of Plaintiff Emblaze Ltd. against Defendant Microsoft Corp. are dismissed with prejudice.

2. All counterclaims of Microsoft against Emblaze are dismissed without prejudice.

3. Each party will bear its own fees and costs, including attorneys' fees, for any claim or counterclaim at issue in this action.

**IT IS SO ORDERED.**

DATED: ____June 26____, 2015



[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)